# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

February 28, 2008

District of Maryland
4415 Edward A. Garmatz Federal Building
 and United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

RE: Brooks et al v Motsenbocker Advanced Developments Inc

You are hereby notified that the above entitled case was on 2/27/08 transferred from the District of Maryland to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initial of the assigned Judge. The case has been assigned to the Honorable William Q Hayes and the Honorable Cathy Ann Bencivengo, and on all future filings please show the case number as 08cv0378-WQH-CAB.

W. Samuel Hamrick, Jr.
Clerk of Court

By:      s/ L Odierno
          Deputy Clerk