1  Patrick D. Webb, Esq., State Bar No. 82857
   **WEBB CAREY**
2  402 West Broadway, Ste 680
   San Diego, Calif. 92101
3  (619) 236-1650

4  Attorneys for Defendants

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 10 | GEORGE A. BROOKS, BROOKS INDUSTRIES, INC. ) ) ) ) | Case No. 08-378 BTM NLS |
| 11 | | **DEFENDANTS GREGG MOTSENBOCKER AND SKIP MOTSENBOCKER'S NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| 12 | Plaintiff, ) ) | |
| 13 | v. ) ) | |
| 14 | MOTSENBOCKER ADVANCED DEVELOPMENTS, INC.; GREGG A. MOTSENBOCKER; SKIP A. MOTSENBOCKER, ) ) ) ) ) | DATE: September 26, 2008<br>TIME: 11:00 A.M.<br>JUDGE: Barry Ted Moskowitz |
| 16 | | **Per Chambers No Oral Argument Unless Requested by Court** |
| 17 | Defendants. ) ) | |

18

19  **PLEASE TAKE NOTICE** that on September 26, 2008, in Courtroom 10 of the United

20  States District Court located at 940 Front Street, San Diego, California, Defendants, Gregg

21  Motsenbocker and Skip Motsenbocker will move the Court for an order granting summary

22  judgment in their favor against Plaintiffs. Alternatively, if for any reason summary judgment

23  cannot be had, for an order adjudicating that there is no merit to any of the causes of action in

24  Plaintiffs' Amended Complaint, against them as individuals. This motion is made pursuant to

25  Federal Rule of Civil Procedure 56(b) on the grounds that there is no allegation, nor any

26  admissible evidence, nor any genuine material issue of fact, that either Gregg Motsenbocker or

27  Skip Motsenbocker made any representations to the Plaintiffs, in their individual capacity, nor

28  that any representations were made to Plaintiffs outside the scope of their authority as principals

1  of, and on behalf of, the corporate Defendant, Motsenbocker Advanced Developments, Inc.

2      This motion is based upon this Notice of Motion, Defendants' Separate Statement of

3  Undisputed Material Facts and Supporting Evidence filed concurrently herewith, the

4  Memorandum of Points and Authorities in Support hereof , the Declarations of Gregg

5  Motsenbocker, Skip Motsenbocker and Patrick D. Webb, and all records and pleadings on file in

6  this action, and upon such further written evidence and argument as may be presented at or

7  before the time of the hearing of this motion.

8  Date: August 4, 2008                                  **WEBB & CAREY**

10                                                /s/ Patrick D. Webb
                                              Patrick D. Webb
11                                                Attorneys for Defendants
                                              MOTSENBOCKER ADVANCED
12                                                DEVELOPMENTS, INC.; GREGG A.
                                              MOTSENBOCKER; SKIP A.
13                                                MOTSENBOCKER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE

I, the undersigned, certify as follows:

I am a citizen of the United States, a resident of the County of San Diego, State of California, over the age of eighteen years, and not a party to the within action.

I am employed by **WEBB & CAREY**, 402 West Broadway Ste 680, San Diego, California 92101.

On August 4, 2008, I served the within:

**DEFENDANTS GREGG MOTSENBOCKER AND SKIP MOTSENBOCKER'S NOTICE OF MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATIONS OF GREGG MOTSENBOCKER, SKIP MOTSENBOCKER, PATRICK D. WEBB, AND STATEMENT OF UNDISPUTED FACTS IN SUPPORT THEREOF**

upon the parties interested in said action, by CM/ECF NEF mail notification service upon the following parties and counsel at the following addresses:

Peter Shenas, Esq.
The Law Offices of Peter Shenas
750 B Street, Ste 2510
San Diego, CA 92101
fax 619-795-7783

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 4, 2008, at San Diego, California.

/s/ Patrick D. Webb
Patrick D. Webb