| | |
|---|---|
| 1 | |
| 2 | Patrick D. Webb, Esq., State Bar No. 82857<br>**WEBB CAREY**<br>402 West Broadway Ste 680<br>San Diego, Calif. 92101<br>(619) 236-1650 |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. BROOKS, BROOKS INDUSTRIES, INC. ) ) ) )  Plaintiff, ) ) v. ) ) MOTSENBOCKER ADVANCED DEVELOPMENTS, INC.; GREGG A. MOTSENBOCKER; SKIP A. MOTSENBOCKER, ) ) ) ) ) ) ) Defendants. ) ) | Case No. 08-378 BTM NLS<br><br>**DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:   September 26, 2008<br>TIME:   11:00 A.M.<br>JUDGE:  Barry Ted Moskowitz<br><br>**Per Chambers No Oral Argument Unless Requested by Court** |

Defendants, MOTSENBOCKER ADVANCED DEVELOPMENTS, INC.; GREGG A. MOTSENBOCKER; SKIP A. MOTSENBOCKER, submit the following Statement of Undisputed Facts in support of their summary judgment and/or summary adjudication motion.

| # | | |
|---|---|---|
| 1. | None of the defendants ever entered into the agreement described in plaintiffs' complaint with either plaintiff. | 1. Motsenbocker Decl. ¶ 4. Skip Motsenbocker ¶ 1. |
| 2. | The alleged agreement between Plaintiffs and Defendants was not in writing. | 2. Amended Complaint ¶ 131. |
| 3. | Defendants are unaware of any written evidence, including correspondence, emails or faxes describing, mentioning or referring to the oral agreement described in plaintiffs' complaint with either plaintiff. | 3. Motsenbocker Decl. ¶¶ 4 and 7. |
| 7. | The Plaintiffs were never paid any commissions by the Defendants. | 7. Motsenbocker Decl. ¶ 8. |
| 8. | Defendants made no representation to Plaintiffs that they would be paid a commission under any agreement. | 8. Motsenbocker Decl. ¶7. Skip Motsenbocker |
| 9. | Defendants are unaware of any written evidence of any representation by Defendants to Plaintiffs that they would be paid a commission under any agreement. | 9. Motsenbocker Decl. ¶ 7. |
| | | 10. Motsenbocker Decl. ¶ 9. |
| 10. | Gregg Motsenbocker made no representations to Plaintiffs outside the scope of his authority to act on behalf of MAD, Inc., and received no individual benefit from any of the services alleged to have been performed by Plaintiffs. | 11. Skip Motsenbocker Decl. ¶ 1. |
| 11. | Skip Motsenbocker made no representations to Plaintiffs outside the scope of his authority to act on behalf of MAD, Inc., and received no individual benefit from any of | |

| | | |
|---|---|---|
| 1 | the services alleged to have been performed by | |
| 2 | Plaintiffs. | |
| 3 | 12.     As of December 31, 2007, Skip | 12.  Skip Motsenbocker Decl. para. 2. |
| 4 | Motsenbocker took a new job in Missouri, and | |
| 5 | has no longer been an officer of MAD, Inc., | |
| 6 | and, has no longer resided in California. | |

Dated: August 4, 2008        **WEBB & CAREY**

/s/ Patrick. D. Webb
Patrick D. Webb
Attorneys for Defendants