1  Patrick D. Webb, Esq., State Bar No. 82857
   **WEBB CAREY**
2  402 West Broadway Ste 680
   San Diego, Calif. 92101
3  (619) 236-1650

4  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. BROOKS, BROOKS INDUSTRIES, INC. | Case No. 08cv378 BTM NLS |
| Plaintiff, | **DECLARATION OF SKIP MOTSENBOCKER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION** |
| v. | |
| MOTSENBOCKER ADVANCED DEVELOPMENTS, INC.; GREGG A. MOTSENBOCKER; SKIP A. MOTSENBOCKER, | DATE: Septebmer 26, 2008<br>TIME: 11:00 A.M.<br>JUDGE: Barry Ted Moskowitz |
| Defendants. | **Per Chambers No Oral Argument Unless Requested by Court** |

I, Skip Motsenbocker declare:

I was the Chief Operating Officer of Motsenbocker Advanced Developments, Inc., until December 2007, and I have personal knowledge of the facts stated herein and if called as a witness would and could testify truthfully thereto.

1. I made no representation to Plaintiffs outside the scope of my authority to act on behalf of MAD, Inc. All of my contacts with the Plaintiffs were in my capacity as a principal and officer of MAD, Inc. I made no personal promises or agreements with either of the Plaintiffs, and I received no individual benefit from any of the services alleged to have been performed by Plaintiffs.

1    2.    As of December 31, 2007, I took a new job in Missouri, and I have no longer been an officer of MAD, Inc., and, I no longer reside in California.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 4, 2008 at Springfield, Missouri.

/s/ _____
Skip Motsenbocker