```
 1  Peter Shenas, Esq. (SBN 029348)
    THE LAW OFFICES OF PETER SHENAS
 2  750 B Street, Suite 2510
    San Diego, California 92101
 3  Telephone: (619) 236-1828
    Facsimile: (619) 795-7783
 4
    Attorneys for George A. Brooks;
 5  Brooks Industries, Inc.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. BROOKS; BROOKS INDUSTRIES, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> MOTSENBOCKER ADVANCED DEVELOPMENTS, INC.; GREGG A. MOTSENBOCKER; SKIP A. MOTSENBOCKER <br><br> Defendants. | Case No. 08cv378 BTM NLS <br><br> **APPOINTMENT AND NOTICE OF APPOINTMENT OF ATTORNEY** <br><br> Judge Barry Ted Moskowitz |

Plaintiffs George A. Brooks and Brooks Industries, Inc., hereby appoint Peter Shenas, Esq., 750 B Street, Suite 2510, San Diego, CA, 92101, to serve as attorney of record in this action in addition to Michael J. Trevelline, Pro Hoc Vice, their existing attorney of record.

Dated:: August 20, 2008        _____
                                George A. Brooks, Individually

Dated:: August 20, 2008        _____
                                Brooks Industries, Inc., by
                                George A. Brooks, President

1

**PROOF OF SERVICE**

George A. Brooks, et al. vs. Motsenbocker Advanced Developments, Inc. et al.
Case No. 08cv378 BTM NLS

    I, Peter Shenas declare that:

    I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the action. My business address is 750 B Street, Suite 2510, San Diego, California 92101.

    On August 21, 2008, I caused to be served the following document(s):

**APPOINTMENT AND NOTICE OF APPOINTMENT OF ATTORNEY**

Notice will be served by electronic case filing through the Court to:

    Patrick D. Webb, Esq.
    Webb and Carey
    *Attorneys for Defendants*

XXX  BY ELECTRONIC SUBMISSION of the document(s) via Portable Document Format (.pdf), by uploading such documents using court's CM/ECF system case filing which automatically generates a Notice of Electronic Filing or NEF which allows registered e-filers to retrieve the document(s) automatically.

XXX  I declare that I am a member of the bar of this Court.

    Executed August 21, 2008, at San Diego, California.

                                                By: s/ Peter Shenas
                                                      Peter Shenas, Esq.
                                                      Attorney for George A. Brooks; Brooks Industries, Inc.