UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. BROOKS, ET AL<br><br>Plaintiffs,<br><br>vs.<br><br>MOTSENBOCKER ADVANCED DEVELOPMENTS, INC. ET AL<br><br>Defendants. | Case No. 2008 CV 0378 BTM (NLS)<br>Judge Barry Ted Moskowitz<br>Magistrate Judge Nita L. Stormes |

## Index of Exhibits

**Tab**  **Description**                                                                                          **Page**

A.   Declaration of George Brooks.............................................................................1

B.   Affidavit of Service on Skip Motsenbocker ......................................................4

C.   Statement of Material Facts in Dispute..............................................................7

7

2007 CV 0773 BTM (NLS)

# Exhibit A

A
1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **George A. Brooks et al**<br>　　Plaintiffs,<br>　　　　vs.<br>**Motsenbocker Advanced Developments, Inc. et al**<br>　　Defendants | Civil Action No. 2008 CV 0378 BTM NLS<br>Judge Barry Ted Moskowitz<br>Magistrate Judge Nita L. Storms |

## Declaration of George Brooks

I, George Brooks do hereby depose and say:

1. I am over the age of 18 and am competent to testify and to make this declaration and make this declaration from personal knowledge. I am a plaintiff in the above-captioned lawsuit.

2. I adopt my proposed amended complaint as part of this declaration and declare that it is true.

3. During the approximately eight years that I was associated with Motsenbocker Advanced Developments, Inc., Gregg Motsenbocker, and Skip Motsenbocker, Gregg and Skip Motsenbocker made many untrue statements to me, just as I stated in my complaint and in my proposed amended complaint before the Court.

4. When I first called Gregg Motsenbocker in the late 1990s, Gregg promised me that he would not steal my idea to use his graffiti remover as a stripper for refinishing. He later promised me many, many times that he would honor the 1999 oral agreement discussed in my complaint. Skip also made the same promise to me

A 2

many times.

5. What stands out in my mind as especially significant is that in 2004 Gregg had appeared to say that Paint & Varnish Remover when sold under a gel formulation was not covered by the oral agreement. When I asked Gregg and Skip about this, they both denied it and told me that the oral agreement would cover the Paint & Varnish Remover in gel formulation. They told me that I could trust them and that I would receive my commissions as agreed.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on ___10 SETTEMB 2008___.

_____
George Brooks

A
3

# Exhibit B

B
4

Peter Shenas, Esq. (SBN 029348)
THE LAW OFFICES OF PETER SHENAS
750 B Street, Suite 2510
San Diego, California 92101
Telephone: (619) 236-1828
Facsimile: (619) 795-7783
Email: peter@shenaslaw.com

Michael J. Trevelline, *Pro Hoc Vice*
1823 Jefferson Place, NW
Washington, DC  20036-2504
Tel (202) 737-1139 Fax (202) 775-1118
Email: mjt@mjtlegal.com

Attorneys for Plaintiffs George A. Brooks & Brooks Industries, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. BROOKS, ET AL<br><br>   Plaintiffs,<br><br>vs.<br><br>MOTSENBOCKER ADVANCED DEVELOPMENTS, INC. ET AL<br><br>   Defendants. | Case No. 2008 CV 0378 BTM (NLS)<br>Judge Barry Ted Moskowitz<br>Magistrate Judge Nita L. Stormes<br><br>Date: 26 September 2008<br>Time: 11:00 a.m.<br>Judge Barry Ted Moskowitz<br><br>**Statement of Material Facts in Dispute** |

   In support of plaintiffs' opposition to defendant's motion for summary judgment, the plaintiffs submit that the following material facts are in dispute:

   1.  Gregg & Skip Motsenbocker claim that they never made promises to George Brooks that Defendant Motsenbocker Advanced Developments and Gregg and Skip would honor an oral agreement with George Brooks to pay Brooks a commission on sales of certain

1

2007 CV 0773 BTM (NLS)

products. (Amended Answer; Declaration of Gregg Motsenbocker at ¶¶ 4-5, 7, 9; Declaration of Skip Motsenbocker at ¶ 1.)

Brooks claims that they made such promises numerous times. (Complaint at ¶¶ 14, 21, 22, 25, 88, 92, 102, 114; Exh. A, Brooks Declaration at ¶¶ 2-5.)

          Respectfully submitted,

DATED: 10 September 2008

          _____
          Michael J. Trevelline, *Pro Hoc Vice*
          1823 Jefferson Place, NW
          Washington, DC 20036-2504
          Telephone: (202) 737-1139
          Fax: (202) 775-1118
          Email: mjt@mjtlegal.com

          Peter Shenas, Esq. (SBN 029348)
          THE LAW OFFICES OF PETER SHENAS
          750 B Street, Suite 2510
          San Diego, California 92101
          Telephone: (619) 236-1828
          Facsimile: (619) 795-7783
          Email: peter@shenaslaw.com

          Attorneys for Plaintiffs George A. Brooks & Brooks Industries, Inc.

# Exhibit C

C
7

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

George Brooks et al

V.

Skip A. Motsenbocker

**SUMMONS IN A CIVIL CASE**

CASE **AW 06 CV 1024**

TO: (Name and address of Defendant)

Skip A. Motsenbocker
7925 Hillandale Drive
San Diego, CA 92120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Trevelline
Attorney-at-Law
1823 Jefferson Place, NW
Washington, DC 20036-2504
Telephone: (202) 737-1139
Fax: (202) 775-1119
Email: mjt@mjtlegal.com

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 2 4 2006

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  5-16-06 @ 11:00AM |
| NAME OF SERVER *(PRINT)*  G. ROBERT SMITH | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

**☒** Served personally upon the defendant. Place where  4901 Morena Boulevard, Suite 806  San Diego, California 92117

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were  _____

G  Returned  _____

G  Other (specify):  _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  5-19-06
         Date

*Signature of Server*

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

*Address of Server*

\* Disclosure of Corporate Interest, Jury Demand and Civil Cover Sheet

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

C
9